UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JOSHUA FOWLER,

      Plaintiff,

                                   Case No.:

v.

MATTESON MARINE SERVICES, INC.,

      Defendant.

_____/

## **COMPLAINT**

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1.      Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2.      Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance and cure.

3.      At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4.      On or about September 15, 2019, in an undermanned context, handling overly heavy fur wires, Plaintiff was injured in the course thereof by said failure to provide safe place to work and seaworthy vessel.

5.      Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

        a.      Pain and suffering, past future;

b.      Mortification, humiliation, fright shock and embarrassment;

c.      Loss of earnings and earning capacity;

d.      Hospital, pharmaceutical and other cure expenses;

e.      Aggravation of prior condition, if any there be;

f.      Inability to engage in social, recreational, and other pursuits previously enjoyed;

g.      Mental anguish;

h.      Found;

i.      Maintenance, cure, and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

O'BRYAN BAUN KARAMANIAN

*/s/ Dennis M. O'Bryan*
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI   48009
248.258.6262, 248.258.6047
dob@obryanlaw.net

and

HOPKINS & HUEBNER, P.C.

*/s/ Kylie Franklin*
KYLIE K. FRANKLIN, AT0012277
Local Counsel
100 E. Kimberly Rd., Ste. 400
Davenport, IA 52806
563.445.2250, 563.445.2251
kfranklin@hhlawpc.com